# AMENDED FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting  (Last name, first, middle initial)  Dawson, Robert T. | 2. Court or Organization  Western District of Arkansas | 3. Date of Report  05/26/2004 |
|---|---|---|

| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States District Judge | 5. Report Type (check type)  ___ Nomination, Date ___/___/___  ___ Initial  X Annual  ___ Final | 6. Reporting Period  01/01/2003 to 12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address  P.O. Box 1624  Fort Smith, AR  72902-1624 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE  (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS  (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE  (No reportable agreements.) | |
| 1  2003 | HJ&D Properties, a partnership of former law partners, continues to hold one parcel of real property which it is attempting to sell. |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [X] NONE  (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

RECEIVED 2004 JUN -7 A 11:0 FINANCIAL DISCLOSURE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Dawson, Robert T. | Date of Report<br>05/26/2004 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,01 -$1,000,   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 05/26/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 TIAA-CREF | A | Interest | M | T | | | | | |
| 2 ENTERPRISE GROWTH FUND CL A | | None | J | T | | | | | |
| 3 JANUS WORLDWIDE FUND (IRA) | | None | L | T | | | | | |
| 4 STEPHENS PRODUCTION COMPANY (oil & gas) | A | Royalty | J | W | | | | | |
| 5 OWL CREEK PRODUCTION CO. | A | Royalty | J | W | | | | | |
| 6 XTO ENERGY | A | Royalty | J | W | | | | | |
| 7 CYPRESS PRODUCTION | A | Royalty | J | W | | | | | |
| 8 ACXIOM | | None | J | T | | | | | |
| 9 SIMON PROPERTY GROUP | A | Dividend | K | T | | | | | |
| 10 ALLTEL CORP DEL | B | Dividend | L | T | | | | | |
| 11 MOTOROLA. INC. | A | Dividend | K | T | | | | | |
| 12 USA TRUCK | | None | J | T | | | | | |
| 13 CONWAY AR ELEC REV RFDG | A | Interest | K | T | | | | | |
| 14 ARKANSAS ST CLLG SAVINGS | | None | K | T | | | | | |
| 15 ARKANSAS ST CAP APPREC COLLEGE SVGS | | None | J | T | | | | | |
| 16 ARKANSAS STATE CAP APPREC COLLEGE SAVINGS | | None | K | T | | | | | |
| 17 ARKANSAS ST COLLEGE SAVE CAP APPREC | | None | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
U=Book Value    V=Other    W=Estimated

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 ARKANSAS ST COLLEGE SAVINGS CAP APP | | None | K | T | | | | | |
| 19 ARKANSAS ST COLLEGE SAVINGS | | None | K | T | | | | | |
| 20 ARKANSAS ST COLLEGE SVGS SER C CAP APPREC | | None | K | T | Matured | 6/1 | K | | |
| 21 ARKANSAS ST COLLEGE SAVINGS SER B | | None | K | T | | | | | |
| 22 CISCO SYS INC | | None | J | T | | | | | |
| 23 COCA COLA CO | A | Dividend | K | T | | | | | |
| 24 WACHOVIA CORPORATION, formerly FIRST UNION CORP | A | Dividend | J | T | | | | | |
| 25 GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 26 GILLETTE CO | A | Dividend | J | T | | | | | |
| 27 JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 28 MCDONALDS CORP | A | Dividend | J | T | | | | | |
| 29 LITTLE ROCK AR NEW PUB HSG AUTH CALLS | A | Interest | J | T | | | | | |
| 30 SOUTHWEST AIRLINES | A | Dividend | J | T | | | | | |
| 31 CHEVRON TEXACO CORP f/k/a TEXACO INC | A | Dividend | J | T | | | | | |
| 32 INTEL CORP. | A | Dividend | J | T | | | | | |
| 33 WALT DISNEY CO HOLDG CO | A | Dividend | J | T | | | | | |
| 34 EASYGROWTH TREASURY RCPT SER 4 | | None | J | T | | | | | |

1 inc/Gain Codes: A=$1,000 or less       B=$1,001-$2,500       C=$2,501-$5,000       D=$5,001-$15,000       E=$15,001-$50,000
  (Col. B1, D4)    F=$50,001-$100,000     G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000     N=$250,001-$500,000
  (Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal     R=Cost (r. estate only)     S=Assessment     T=Cash/Market
               U=Book value     V=Other     W=Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIA DISCLOSURE REPORT | Dawson, Robert T. | 05/26/2004 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35  U S TREASURY BOND FED | | None | J | T | | | | | |
| 36  EASYGROWTH TREASURY RCPT SR 15 | | None | J | T | | | | | |
| 37  EASYGROWTH TSY RCPT SER 12 | | None | J | T | | | | | |
| 38  MSDW DIVIDEND GROWTH B | | None | J | T | Sold | 9/2 | J | | |
| 39  UNIT GSIF GOVERNMENT ZERO COUPON ACCUMULATION A | | None | J | T | Sold | 2/5 | J | | |
| 40  DEAN WITTER EQUITY TRUST SELECT TEN INDUSTRIAL 01-2 | A | Interest | J | T | Sold | 8/29 | J | A | |
| 41  FIDELITY MONEY MARKET PORTFOLIO | A | Interest | J | T | Sold | 10/15 | J | A | |
| 42  LUCENT TECHNOLOGIES | A | Dividend | J | T | | | | | |
| 43  WASHINGTON MUTUAL INVESTORS FND | A | Dividend | J | T | | | | | |
| 44  AR ST ZERO COUPON DUE 2007 | | None | J | T | | | | | |
| 45  JONESBORO AR CITY WTR & LT PLANT PUB UTIL SYS REV | A | Interest | J | T | | | | | |
| 46  SUN MICROSYSTEMS | | None | J | T | | | | | |
| 47  MSDW HEALTH SCIENCES B | | None | J | T | | | | | |
| 48  MSDW INFORMATION FUND B | | None | J | T | | | | | |
| 49  EUROPACIFIC GROWTH FUND | A | Interest | J | T | | | | | |
| 50  AMERICAN SMALL CAP WORLD | A | Dividend | J | T | | | | | |
| 51  JDS UNIPHASE CORP | | None | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes   Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)   U=Book Value    V=Other    W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 05/26/2004 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 HOME DEPOT | A | Dividend | J | T | | | | | |
| 53 VANGUARD 500 INDEX FUND | A | Dividend | K | T | | | | | |
| 54 AVAYA INC | | None | J | T | | | | | |
| 55 BEVERLY ENTERPRISES INC | | None | J | T | Sold | 1/27 | J | | |
| 56 NASDAQ 100 TRUST UNIT SERIES 1 | | None | M | T | | | | | |
| 57 FIDELITY SPARTAN INVESTMENT GRADE BOND FUND | | None | M | T | | | | | |
| 58 JANUS FUND #42 | | None | L | T | | | | | |
| 59 VANGUARD LIFE STRATEGY GROWTH FUND | | None | L | T | | | | | |
| 60 VANGUARD 500 INDEX FUND | B | Dividend | N | T | | | | | |
| 61 SEBASTIAN COUNTY JUNIOR COLLEGE | A | Dividend | J | T | | | | | |
| 62 LITTLE ROCK LIBRARY | A | Dividend | J | T | | | | | |
| 63 WATSON CHAPEL AR SCHOOL DISTR | A | Interest | J | T | | | | | |
| 64 GREENWOOD AR SCHOOL DISTRICT | A | Interest | J | T | | | | | |
| 65 NETTLETON AR SCHOOL DISTRICT | A | Interest | K | T | | | | | |
| 66 MERCK & CO | A | Dividend | J | T | Bought | 8/29 | J | | |
| 67 TENN VALLEY AUTH ZERO COUPON | | None | J | T | Bought | 11/3 | J | | |
| 68 U S GOVT SEC TR B | A | Dividend | J | T | Bought | 2/5 | J | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69  FEDEX CORP | A | Dividend | J | T | Bought | 6/24 | J | | |
| 70  LASALLE BANK N A | | None | J | T | Bought | 3/13 | J | | |
| 71  UNIV ARK FT SMITH | | None | J | T | Bought | 6/26 | J | | |
| 72  CINERGY CORP | A | Dividend | J | T | Bought | 8/18 | J | | |
| 73  AMEREN CORP | A | Dividend | J | T | Bought | 8/18 | J | | |
| 74  CONSOLIDATED EDISON | | None | J | T | Bought | 8/18 | J | | |
| 75  FORD MOTOR CREDIT CO | B | Dividend | M | T | Bought | 8/18 | M | | |
| 76  BANK OF HAPOALIM NY 15 YR CD | A | Interest | L | T | Bought | 5/23 | L | | |
| 77 | | | | | | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dawson, Robert T. | 05/26/2004 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature   Date  5-27-04

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>Dawson, Robert T. | 2. Court or Organization<br><br>Western District of Arkansas | 3. Date of Report<br><br>03/08/2004 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5. Report Type (check type)<br><br>___ Nomination, Date ___/___/___<br><br>___ Initial    X Annual    ___ Final | 6. Reporting Period<br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>P.O. Box 1624<br>Fort Smith, AR 72902-1624 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements.) | |
| 1 2003 | HJ&D Properties, a partnership of former law partners, continues to hold one parcel of real property which it is attempting to sell. |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

RECEIVED MAR -5 2004

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | **NONE** (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | **NONE** (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

\* VAL. CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions    *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 TIAA-CREF | A | Interest | M | T | | | | | |
| 2 ENTERPRISE GROWTH FUND CL A | | None | J | T | | | | | |
| 3 JANUS WORLDWIDE FUND (IRA) | | None | L | T | | | | | |
| 4 STEPHENS PRODUCTION COMPANY (oil & gas) | A | Royalty | J | W | | | | | |
| 5 OWL CREEK PRODUCTION CO. | A | Royalty | J | W | | | | | |
| 6 XTO ENERGY | A | Royalty | J | W | | | | | |
| 7 CYPRESS PRODUCTION | A | Royalty | J | W | | | | | |
| 8 ACXIOM | | None | J | T | | | | | |
| 9 SIMON PROPERTY GROUP | A | Dividend | K | T | | | | | |
| 10 ALLTEL CORP DEL | B | Dividend | L | T | | | | | |
| 11 MOTOROLA. INC. | A | Dividend | K | T | | | | | |
| 12 USA TRUCK | | None | J | T | | | | | |
| 13 CONWAY AR ELEC REV RFDG | A | Interest | K | T | | | | | |
| 14 ARKANSAS ST CLLG SAVINGS | | None | K | T | | | | | |
| 15 ARKANSAS ST CAP APPREC COLLEGE SVGS | | None | J | T | | | | | |
| 16 ARKANSAS STATE CAP APPREC COLLEGE SAVINGS | | None | K | T | | | | | |
| 17 ARKANSAS ST COLLEGE SAVE CAP APPREC | | None | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 ARKANSAS ST COLLEGE SAVINGS CAP APP | | None | K | T | | | | | |
| 19 ARKANSAS ST COLLEGE SAVINGS | | None | K | T | | | | | |
| 20 ARKANSAS ST COLLEGE SVGS SER C CAP APPREC | | | | | Matured | 6/1 | K | | |
| 21 ARKANSAS ST COLLEGE SAVINGS SER B | | None | K | T | | | | | |
| 22 CISCO SYS INC | | None | J | T | | | | | |
| 23 COCA COLA CO | A | Dividend | K | T | | | | | |
| 24 WACHOVIA CORPORATION, formerly FIRST UNION CORP | A | Dividend | J | T | | | | | |
| 25 GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 26 GILLETTE CO | A | Dividend | J | T | | | | | |
| 27 JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 28 MCDONALDS CORP | A | Dividend | J | T | | | | | |
| 29 LITTLE ROCK AR NEW PUB HSG AUTH CALLS | A | Interest | J | T | | | | | |
| 30 SOUTHWEST AIRLINES | A | Dividend | J | T | | | | | |
| 31 CHEVRON TEXACO CORP f/k/a TEXACO INC | A | Dividend | J | T | | | | | |
| 32 INTEL CORP. | A | Dividend | J | T | | | | | |
| 33 WALT DISNEY CO HOLDG CO | A | Dividend | J | T | | | | | |
| 34 EASYGROWTH TREASURY RCPT SER 4 | | None | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 35 U S TREASURY BOND FED | | None | J | T | | | | | |
| 36 EASYGROWTH TREASURY RCPT SR 15 | | None | J | T | | | | | |
| 37 EASYGROWTH TSY RCPT SER 12 | | None | J | T | | | | | |
| 38 MSDW DIVIDEND GROWTH B | | | | | Sold | 9/2 | J | | |
| 39 UNIT GSIF GOVERNMENT ZERO COUPON ACCUMULATION A | | | | | Sold | 2/5 | J | | |
| 40 DEAN WITTER EQUITY TRUST SELECT TEN INDUSTRIAL 01-2 | | | | | Sold | 8/29 | J | A | |
| 41 FIDELITY MONEY MARKET PORTFOLIO | | | | | Sold | 10/15 | J | A | |
| 42 LUCENT TECHNOLOGIES | A | Dividend | J | T | | | | | |
| 43 WASHINGTON MUTUAL INVESTORS FND | A | Dividend | J | T | | | | | |
| 44 AR ST ZERO COUPON DUE 2007 | | None | J | T | | | | | |
| 45 JONESBORO AR CITY WTR & LT PLANT PUB UTIL SYS REV | A | Interest | J | T | | | | | |
| 46 SUN MICROSYSTEMS | | None | J | T | | | | | |
| 47 MSDW HEALTH SCIENCES B | | None | J | T | | | | | |
| 48 MSDW INFORMATION FUND B | | None | J | T | | | | | |
| 49 EUROPACIFIC GROWTH FUND | A | Interest | J | T | | | | | |
| 50 AMERICAN SMALL CAP WORLD | A | Dividend | J | T | | | | | |
| 51 JDS UNIPHASE CORP | | None | J | T | | | | | |

1 Inc/Gain Codes:  A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

(1)

B

A

A

A

1 Inc/Gain Codes: A=$1,000 or less          B=$1,001-$2,500          C=$2,501-$5,000          D=$5,001-$15,000          E=$15,001-$50,000
  (Col. B1, D4)      F=$50,001-$100,000       G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:        J=$15,000 or less        K=$15,001-$50,000         L=$50,001-$100,000        M=$100,001-$250,000       N=$250,001-$500,000
  (Col. C1, D3)      O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal              R=Cost (real estate only)  S=Assessment              T=Cash/Market
  (Col. C2)          U=Book Value             V=Other                   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 03/08/2004 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69   FEDEX CORP | A | Dividend | J | T | Bought | 6/24 | | | |
| 70   LASALLE BANK N A | | None | J | T | Bought | 3/13 | | | |
| 71   UNIV ARK FT SMITH | | None | J | T | Bought | 6/26 | | | |
| 72   CINERGY CORP | A | Dividend | J | T | Bought | 8/18 | | | |
| 73   AMEREN CORP | A | Dividend | J | T | Bought | 8/18 | | | |
| 74   CONSOLIDATED EDISON | | None | J | T | Bought | 8/18 | | | |
| 75   FORD MOTOR CREDIT CO | B | Dividend | M | T | Bought | 8/18 | | | |
| 76   BANK OF HAPOALIM NY 15 YR CD | A | Interest | L | T | Bought | 5/23 | | | |
| 77 | | | | | | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.
*(Indicate part of report.)*

# IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature           Date March 8, 2004

Note:          Any individual who knowingly and wilfully falsifies or fails to file this report
               may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544